Decided 11 August, 1899.

FRENCH LIVE STOCK COMPANY *v.* COLWELL.

[58 Pac. 1119.]

From Harney :    MORTON D. CLIFFORD, Judge.

Action of ejectment by the French-Glen Live Stock Company against James Colwell.    Plaintiff appeals from a judgment against it.    AFFIRMED.

*Mr. William Lair Hill*, for appellant.

*Mr. Lionel R. Webster*, for respondent.

MR. CHIEF JUSTICE WOLVERTON delivered the opinion.

The facts in this case are in all respects similar to those in the case of *French Live Stock Co.* v. *Springer*, 35 Or. 312 (58 Pac. 102), except the plaintiff offered no oral evidence in support of its claim, as was done in the *Springer Case*, but relied entirely upon the record evidence to sustain its title to the premises demanded. The defendant adduced like proof as in the *Springer Case*, and the cause was submitted to a jury upon the issues of fact thus presented. The instructions were of like character, and the verdict and judgment was for defendant. This state of the controversy presents in a little different form, but of no material moment, the main question determined in the *Springer Case*, which requires an affirmance of the judgment below, and it is so ordered.　　AFFIRMED.

<div style="text-align:center">

Decided 16 October, 1899; rehearing denied.